UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANIEL MONTENEGRO AND
JOHN VITERITTI,

                Plaintiffs,

– against –

NEWREZ, LLC,

                Defendant,

Case No.: 23-cv-00542 (GRB)(JMW)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

FILED
CLERK
9:43 am, Nov 15, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above-captioned action through their respective undersigned counsel, and ordered by the Court, that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

Dated: November 14, 2024

**ZABELL & COLLOTTA, P.C.**

*/s/ Ryan Eden*

By: Saul D. Zabell, Esq.
Ryan M. Eden, Esq.
1 Corporate Drive, Suite 103
Bohemia, NY 11716
(631) 589-7242
SZabell@laborlawsny.com
REden@laborlawsny.com
*Attorneys for Plaintiffs*

Dated: November 14, 2024

**MAYNARD NEXEN, P.C.**

*/s/ Mark Bakker*

By: Mark W. Bakker, Esq.
Admitted *Pro Hac Vice*
104 South Main Street, Suite 900
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
(864) 282-1113
MBakker@maynardnexsen.com
*Attorneys for Defendant*

SO ORDERED:

Dated: 11/15/2024
So Ordered. The Clerk of the Court is directed to close this case.
*/s/ Gary R. Brown*
GARY R. BROWN, U.S.D.J.